IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **LINDA F. DAVIS** | **PLAINTIFF** |
| V. | CIVIL NO. 1:15-cv-265-JCG |
| **CAROLYN W. COLVIN,**<br>Acting Commissioner of Social Security | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein,

**IT IS ORDERED** that judgment is rendered in favor of Defendant, and this Civil Action is hereby dismissed with prejudice.

**SO ORDERED**, this the 6th day of March, 2017.

/s/ *John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE